# Exhibit 1

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

ElectricTOBACCONIST® DEPARTMENTS BRANDS VAPE JUICE REFILLS & PODS HELP DESK

Enter Search...

Paypal or Credit Card accepted ★★★★★ 5,000+ Reviews 98% Positive Free & Fast Shipping on orders over $20

Home › Ziip Pods

## ZIIP PODS

ZiiP Pods are compatible with the JUUL, and have a nicotine salt formula for satisfying smoothness. Shop ZiiP Pods below:

SELECT DEPARTMENT –

☐ Refills

SELECT FLAVOR GROUP –

☐ Tobacco
☐ Fruit
☐ Drinks

SELECT POD TYPE +

6 Items

Sort by Relevance

5 for $39.99

ZIIP PODS
Strawberry Milk
Compatible with JUUL
$10.95
★★★★★ (229 Customer Reviews)

5 for $39.99

ZIIP PODS
Watermelon
Compatible with JUUL
$10.95
★★★★★ (269 Customer Reviews)

5 for $39.99

ZIIP PODS
Cappuccino
Compatible with JUUL
$10.95
★★★★★ (175 Customer Reviews)

5 for $39.99

ZIIP PODS
Tobacco
Compatible with JUUL
$10.95
★★★★★ (128 Customer Reviews)

5 for $39.99

ZIIP PODS
Mango
Compatible with JUUL
$10.95
★★★★★ (171 Customer Reviews)

5 for $39.99

ZIIP PODS
Mint
Compatible with JUUL
$10.95
★★★★★ (137 Customer Reviews)

### ABOUT ZIIP PODS

ZiiP Lab are dedicated to creating the best possible flavor blends for popular pod systems, and are best known for their range of JUUL-compatible pods. Infused with nicotine salts for a smooth, powerful vape and available in a range of nicotine strengths, ZiiP pods are an affordable way to try out an even wider range of flavors with your JUUL.

### EXPLORE THE ZIIP PODS RANGE

Standard ZiiP Pods come in four nicotine strengths (18mg (1.8%), 30mg (3%), 40mg (4%) & 50mg (5%)). All ZiiP pods have a nicotine salt formula, delivering a satisfying, smooth vape even at higher nicotine strengths.

ZiiP Pods Flavors:

- **ZiiP Cappuccino:** a deliciously frothy and unique flavor, Cappuccino is the perfect way to start your day.
- **ZiiP Mango:** one of the most popular fruit flavors going, Mango pods by ZiiP are full of exotic, juicy flavor.
- **ZiiP Mint:** fresh and authentic. ZiiP Mint pods are the perfect choice for keeping you feeling cool.
- **ZiiP Strawberry Milk:** creamy and fruity in equal measure, ZiiP Strawberry Milk is great for dessert lovers.
- **ZiiP Tobacco:** a smooth and smoky tobacco flavor, ZiiP Tobacco is a classic choice.
- **ZiiP Watermelon:** a juicy, natural flavor that's refreshingly summery.

### WHAT DO THE FANS SAY?

ZiiP pods are popular with JUUL owners looking for extra flavor options to use with their vaporizer. ZiiP pods have opened up a whole new world of flavor in the pod market!

### ZIIP PODS AT THE ELECTRIC TOBACCONIST®

You can explore our full range of ZiiP pods at The Electric Tobacconist® vape shop. Remember you can enjoy FREE shipping on all orders over $20, and we accept all major credit cards and PayPal.

Reviews

NEWSLETTER SIGNUP Email address...

FOLLOW US

ABOUT OUR STORE
About Us
Help Desk
Careers
Site Map

CUSTOMER INFO
Shipping
Returns Policy
Cookies & Privacy Policy
Terms & Conditions
Age Verification
Warranty

USEFUL LINKS
New Products
Vape Kits
Vape Pens
Vape Juice
Contact Us

CALIFORNIA PROPOSITION 65

WARNING: Products found on this website can expose you to formaldehyde, which is known to the State of California to to cause birth defects

© 2018 Electric Tobacconist. All Rights Reserved.

eCommerce by Visualsoft

TOP

VISA mastercard maestro AMERICAN EXPRESS DISCOVER PayPal

REVIEWS TRUSTED SITE

Electric Tobacconist® Sales Tax Registration No. 47-2835570

