ROBERT H. SLOSS, SBN 87757
robert.sloss@procopio.com
VICTOR M. FELIX, SBN 179622
victor.felix@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
1117 California Ave., Suite 200
Palo Alto, CA 94304
Telephone: 650.645.9000
Facsimile: 619.235.0398

DANIEL E. YONAN (admitted *pro hac vice*)
Email: dyonan@sternekessler.com
MICHAEL E. JOFFRE (admitted *pro hac vice*)
Email: mjoffre@sternekessler.com
NIRAV N. DESAI (admitted *pro hac vice*)
Email: ndesai@sternekessler.com
JONATHAN TUMINARO (admitted *pro hac vice*)
Email: jtuminar@sternekessler.com
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile: 202-371-2540

Attorneys for Plaintiff
JUUL LABS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIIP LAB CO., LTD., a Chinese corporation;<br>ZLAB S.A., a Uruguayan corporation;<br>SHENZHEN YIBO TECHNOLOGY CO., LTD., a Chinese corporation;<br>THE ELECTRIC TOBACCONIST, LLC, a Colorado corporation;<br>VAPOR 4 LIFE HOLDINGS, INC., an Illinois corporation,<br><br>    Defendants. | Case No. 3:18-cv-06094-EMC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br>Hon. Judge Edward M. Chen<br>Ctrm. 5, 17th Fl.<br><br>Complaint filed: October 3, 2018<br>Trial Date: none set |

Plaintiff Juul Labs, Inc. ("JLI") and Defendants Ziip Lab Co., Ltd., ZLab S.A., and Shenzhen Yibo Technology Co., Ltd. (collectively, "Ziip Defendants") have executed a Confidential Settlement Agreement, which fully resolves this matter and requires dismissal with prejudice.

The Ziip Defendants have not filed an answer in this matter. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), JLI hereby dismisses, with prejudice, the claims against the Ziip Defendants as stated in the First Amended Complaint (D.I. 30).

Each party will bear its own attorneys' fees and costs. The parties agree that this Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement.

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

Dated: November 7, 2019

/s/ *Robert H. Sloss*
Robert H. Sloss
Victor M. Felix
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
1117 California Ave., Suite 200
Palo Alto, CA  94304
Telephone: 650.645.9000
Facsimile:  619.235.0398

Daniel E. Yonan (pro hac vice)
Michael E. Joffre (pro hac vice)
Nirav N. Desai (pro hac vice)
STERNE, KESSLER, GOLDSTEIN &
  FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile:  202-371-2540

Attorneys for Plaintiff
JUUL LABS, INC.

GRANTED
Judge Edward M. Chen

DATED: 11/13/2019